IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN (DUBUQUE) DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 22-CR-01010 |
| Plaintiff, | ) | **INFORMATION** |
| vs. | ) | Count 1 |
| | ) | 18 U.S.C. § 1014: False Statement |
| BRADLEY SCHLOTFELDT, | ) | to a Financial Institution |
| Defendant. | ) | |

The United States Attorney charges:

## Count 1

### False Statement to a Financial Institution

#### Introduction

1. At all times relevant to this Information:

   a. Defendant Bradley Schlotfeldt was a vice president and lending officer at the US Bank location in in Monona, Iowa, in the Northern District of Iowa.

   b. US Bank was a financial institution insured by the Federal Deposit Insurance Corporation.

   c. T.K. and L.K. operated an approximately 900-acre farm near Monona, Iowa (hereafter "the farm"). K.F. was T.K.'s stepson but did not participate in the operation of the farm.

d. Defendant was the loan officer for US Bank with regards to multiple loans that T.K. and L.K. obtained from US Bank. One of the loans was a farm loan operating line of credit.

### The False Statement

2. On or about March 25th, 2015, in the Northern District of Iowa, defendant BRADLEY SCHLOTFELDT, knowingly made a false statement for the purpose of influencing the action of US Bank, a federally insured financial institution, in connection with a loan, in that the defendant completed and submitted a loan application for a "Young Farmer" loan, with the payee of the loan being K.F., indicating that K.F. was then actively operating a farm when, in truth and in fact, as the defendant well knew, K.F. was not then, and never had, actively operated a farm.

This in violation of Section 1014 of Title 18 of the United States Code.

TIMOTHY T. DUAX  
Acting United States Attorney

By: /s/ *Anthony Morfitt*

ANTHONY MORFITT  
Assistant United States Attorney